21-PO-21

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20 ____ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09-11-2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 10/14/2020 12:56

---

## United States District Court
### Violation Notice

CVB Location Code: C-4
Violation Number: F 5325479
Officer Name (Print): I. Olsson
Officer No.: 1731

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8-7-2020 0900
Offense Charged: 36 CFR 261.10(c)
Place of Offense: Serpent Lake Trail System - N.36° 02.509 W108°22.537

Offense Description: Selling or offering for sale any merchandise or conducting any kind of work activity or service unless authorized by special-use-authorization

### DEFENDANT INFORMATION
Last Name: Ortiz
First Name: Carlos
Street Address: [illegible]
City: [illegible]
State: NM
Zip Code: [illegible]

Date of Birth: [illegible]
Drivers License No.: [illegible]
D.L. State: [illegible]
Social Security No.: [illegible]

[x] Adult  [ ] Juvenile   Sex: [x] M [ ] F   Race: [illegible]   Hair: [illegible]   Eyes: [illegible]   Height: [illegible]   Weight: [illegible]

### VEHICLE DESCRIPTION
VIN: [blank]
Tag No.: [blank]   State: [blank]   Year: [blank]   Make: [blank]   Type: [blank]   Color: [blank]

A [ ] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B [x] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 500.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 530.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (3/2017)

CVB SCAN 10/14/2020 12:56

CVB SCAN 10/14/2020 12:56

F5325479

## STATEMENT OF PROBABLE CAUSE

I STATE THAT ON AUGUST 07, 2020, WHILE EXERCISING MY DUTIES AS A LAW ENFORCEMENT OFFICER AT OR NEAR THE CAMINO REAL RANGER DISTRICT IN THE CARSON NATIONAL FORESTS, JUDICIAL DISTRICT OF NEW MEXICO, I U.S. Forest Service Law Enforcement Officer Terry K. OLSSON along with New Mexico Game and Fish SGT. Shawn CARROL were patrolling the Pecos Wilderness near Serpent Lake. Carrol requested my assistance in checking Bighorn Sheep hunters for the opening day of season. We had a trip itinerary for Reaper Outfitters owned by Carlos ORTIZ which provided Outfitter service for a guided Bighorn Sheep hunt for a juvenile hunter for a cost of $3800.00. The camp location listed on the itinerary placed his camp on the Carson National Forest. ORTIZ does possess a permit to conduct service on the Carson NF, only the Santa Fe NF. CARROL and I located the camp, which was within the Carson NF, approximately 2 miles from the Santa Fe NF boundary. We eventually made contact with ORTIZ and his clients who had successfully harvested a male Bighorn sheep. CARROL obtained the coordinates from ORTIZ as to where the Bighorn had been harvested. CARROL and I located the site which had the portions of the Bighorn at the location. Coordinates at the site showed we were within the boundaries of the Carson NF by approximately 2+ miles from the Santa Fe NF boundary.

This is a violation of 36 CFR 261.10(c) Selling or offering for sale any merchandise or conducting any kind of work activity or service unless authorized by Federal law, regulation or special-use-authorization.

THE FOREGOING STATEMENT IS BASED UPON:

(X) MY PERSONAL OBSERVATION

(X) MY PERSONAL INVESTIGATION

(X) INFORMATION SUPPLIED TO ME FROM MY FELLOW OFFICER'S OBSERVATION

( ) OTHER (EXPLAIN ABOVE)

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION WHICH I HAVE SET FORTH ABOVE AND ON THE FACE OF THE VIOLATION NOTICE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS 11th DAY OF SEPTEMBER, 2020.

_____
SIGNATURE

**TERRY K. OLSSON**
*LAW ENFORCEMENT OFFICER #1731*
PRINT NAME & TITLE

CVB SCAN 10/14/2020 12:56

PROBABLE CAUSE HAS BEEN STATED FOR THE ISSUANCE OF A WARRANT FOR THE ARREST OF THE VIOLATOR NAMED OR IDENTIFIED HEREIN.

_____
DATE